DMP:DKK/ICR/FJN
F. #2021R00059

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BRENDAN HUNT,
    also known as "X-Ray Ultra,"

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 1 6 2021   ★

LONG ISLAND OFFICE

INDICTMENT

Cr. No. CR 21 086

(T. 18, U.S.C., §§ 115(a)(1)(B),
115(b)(4), 981(a)(1)(C) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

CHEN, J.
BULSARA, M.J.

THE GRAND JURY CHARGES:

## THREAT TO ASSAULT AND MURDER A UNITED STATES OFFICIAL

      1.     On or about and between December 6, 2020 and January 8, 2021, both

dates being approximate and inclusive, within the Eastern District of New York and elsewhere,

the defendant BRENDAN HUNT, also known as "X-Ray Ultra," did knowingly and

intentionally threaten to assault and murder a United States official, with intent to impede,

intimidate and interfere with such official while engaged in the performance of official duties,

and with intent to retaliate against such official on account of the performance of official duties,

to wit: HUNT threatened to assault and murder Members of the United States Congress.

          (Title 18, United States Code, Sections 115(a)(1)(B), 115(b)(4) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

      2.     The United States hereby gives notice to the defendant that, upon his

conviction of the offense charged herein, the government will seek forfeiture in accordance with

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (a)    cannot be located upon the exercise of due diligence;

        (b)    has been transferred or sold to, or deposited with, a third party;

        (c)    has been placed beyond the jurisdiction of the court;

        (d)    has been substantially diminished in value; or

        (e)    has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code,

Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

*Karen Swiecicki*

FOREPERSON

SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R00059
FORM DBD-34
JUN. 85

No. _____

## UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

BRENDAN HUNT,
also known as "X-Ray Ultra,"

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 115(a)(1)(B), 115(b)(4), 981(a)(1)(C) and
3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_ _ _ _ _ *Karen Swiecicki* _ _ _ _ _ _ _ _ _ _ _
*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ *day, of* _ _ _ _ _ _ _ _ _ _ _
_ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*David K. Kessler, Ian C. Richardson and Francisco J. Navarro*
*Assistant U.S. Attorneys (718) 254-7000*