

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK/ICR/FJN
F. #2021R00059

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 15, 2021

<u>By ECF</u>

Jan Rostal, Esq.
Leticia Olivera, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201

    Re: <u>United States v. Brendan Hunt</u>
       <u>Criminal Docket No. 21-086 (PKC)</u>

Dear Counsel:

  Pursuant to 18 U.S.C. § 3500, the government provides you with the materials described below. These materials are being produced to you subject to the protective order in this case. The government reserves the right to supplement these disclosures at any time constituent with Section 3500.

| Individual | Materials |
|---|---|
| Holt, Jordan | 3500-JH-000017 to 3500-JH-000019 |
| Hunt, John M. | 3500-JMH-000066 |
| Keeler, Garrett | 3500-GK-000001 to 3500-FK-000007 |

| Individual | Materials |
|---|---|
| Saleem, Uslam | 3500-US-000001 to 3500-US-000007 |
| Smith, Jacqueline | 3500-JS-000041 to 3500-JS-000042 |

        Very truly yours,

        MARK J. LESKO
        Acting United States Attorney

By:   /s/ Francisco J. Navarro
        Francisco J. Navarro
        David K. Kessler
        Ian C. Richardson
        Assistant United States Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of the Court (PKC) (by ECF) (without attachments)