

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK/ICR/FJN
F. #2021R00059

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2021

By ECF

Jan Rostal, Esq.
Leticia Olivera, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201

        Re:    United States v. Brendan Hunt
                  Criminal Docket No. 21-086 (PKC)

Dear Counsel:

        Pursuant to 18 U.S.C. § 3500, the government provides you with the materials described below. These materials are being produced to you subject to the protective order in this case. The government reserves the right to supplement these disclosures at any time consistent with Section 3500.

| Individual | Materials |
|---|---|
| Sigalos, Christopher | 3500-CS-00001 to 3500-CS-000012 |

>Very truly yours,
>
>MARK J. LESKO
>Acting United States Attorney
>
>By:   /s/ Francisco J. Navarro
>Francisco J. Navarro
>David K. Kessler
>Ian C. Richardson
>Assistant United States Attorneys
>(718) 254-7000

Enclosures

cc:     Clerk of the Court (PKC) (by ECF) (without attachments)