UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

BRENDAN HUNT,

            Defendant.
-----------------------------------------------------------X

ORDER OF SUSTENANCE

1:21-cr-00086-PKC

**It is hereby ORDERED** that the Marshal supply proper:

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

to the (18) jurors in the above entitled case

( ) DURING SELECTION

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

DATED: Brooklyn, New York
         April 22, 2021

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 22 2021 ★
BROOKLYN OFFICE

s/Hon. Pamela K. Chen
_____
PAMELA K CHEN
UNITED STATES DISTRICT JUDGE