

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

DKK/ICR/FJN
F. #2021R00059

*271 Cadman Plaza East
Brooklyn, New York 11201*

April 22, 2021

<u>By ECF</u>

Jan Rostal, Esq.
Leticia Olivera, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201

        Re:    <u>United States v. Brendan Hunt
                    Criminal Docket No. 21-086 (PKC)</u>

Dear Counsel:

        Pursuant to 18 U.S.C. § 3500, the government provides you with the materials described below. These materials are being produced to you subject to the protective order in this case. The government reserves the right to supplement these disclosures at any time consistent with Section 3500.

| Individual | Materials |
|---|---|
| Keeler, Garrett | 3500-GK-000008 |

                                      Very truly yours,

                                      MARK J. LESKO
                                      Acting United States Attorney

                        By:   /s/ Francisco J. Navarro
                                      David K. Kessler
                                      Ian C. Richardson
                                      Francisco J. Navarro
                                      Assistant United States Attorneys
                                      (718) 254-7000

Enclosure

cc:     Clerk of the Court (PKC) (by ECF)