

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

DKK/ICR/FJN
F. #2021R00059

April 27, 2021

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Brendan Hunt,
                21-CR-086 (PKC)

Dear Judge Chen:

      Pursuant to the Court's request, attached please find the three meme exhibits that the government sought to introduce at trial on April 27, 2021. The defendant objected to their admission, and the Court ruled that the three meme exhibits would not be admitted into evidence. The government is not filing the three exhibits publicly but will provide them to the Court defense counsel via email.

      Very truly yours,

      MARK J. LESKO
      Acting United States Attorney

By:   _____
      Francisco J. Navarro
      David K. Kessler
      Ian C. Richardson
      Assistant United States Attorneys
      (718) 254-7000

cc:    Jan Rostal, Esq.
       Leticia Olivera, Esq.
       Clerk of the Court (PKC) (by ECF)