UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------X

UNITED STATES OF AMERICA,

- against -

BRENDAN HUNT,

Defendant,

---------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 28 2021 ★

BROOKLYN OFFICE

VERDICT FORM
21-CR-86 (PKC)

We, the jury, find as follows:

1. **Indictment– Threats Against Officials**

   As to the sole count of the Indictment in this matter charging Defendant BRENDAN HUNT with violating 18 U.S.C. § 115(a)(1)(B):

   Guilty __✓__    Not Guilty _____

   If you find the Defendant Guilty, go to #2. If you find the defendant Not Guilty, your deliberations are completed.

2. **True Threats Proved**

   For each of the following statements indicate whether you unanimously find that the Government has proved beyond a reasonable doubt that Defendant made the statement *and* that the statement constituted a true threat, and if so, indicate whether you unanimously find that the true threat included a true threat to murder:

   a. On December 6, 2020, a comment from his Facebook account stating:

      Trump, we want actual revenge on democrats. Meaning, we want you to hold a public execution of pelosi aoc schumer etc. And if you dont do it, the citizenry will. We're not voting in another rigged election. Start up the firing squads, mow down these commies, and lets take america back!

      Yes _____    No __✓__

   If yes, did the true threat include a true threat to murder?

      Yes _____    No _____



b. A December 6, 2020 comment from his Facebook account stating:

> Fuck the lockdown po-lice! Yeah booiii run those pigs over! Anyone enforcing this lockdown mask vaccine bullshit deserves nothing less than a bullet in their fucking head! Including cops! If you're going to shoot someone tho, go after a high value target like pelosi schumer or AOC. They really need to be put down. These commies will see death before they see us surrender! USA!!

Yes _____   No ___✓___

If yes, did the true threat include a true threat to murder?

Yes _____   No _____

c. A video posted on BitChute on January 8, 2021, entitled "KILL YOUR SENATORS" with the summary "Slaughter them all," wherein Defendant stated, among other things:

> We need to go back to the U.S. Capitol when all of the Senators and a lot of the Representatives are back there, and this time we have to show up with our guns. And we need to slaughter these motherfuckers . . . [O]ur government at this point is basically a handful of traitors . . . so what you need to do is take up arms, get to D.C., probably the inauguration . . . so called inauguration of this motherfucking communist Joe Biden . . . [T]hat's probably the best time to do this, get your guns, show up to D.C., and literally just spray these motherfuckers . . . like, that's the only option . . . [T]hey're gonna come after us, they're gonna kill us, so we have to kill them first . . . [S]o get your guns, show up to D.C., put some bullets in their fucking heads. If anybody has a gun, give me it, I'll go there myself and shoot them and kill them . . . [W]e have to take out these Senators and then replace them with actual patriots . . . [T]his is a ZOG government . . . [T]hat's basically all I have to say, but take up arms against them.

Yes ___✓___   No _____

If yes, did the true threat include a true threat to murder?

Yes ___✓___   No _____

d. A January 8, 2021 response, to two messages on the social media website Parler:

> exactly, enough with the "trust the plan" bullshit. lets go, jan 20, bring your guns #millionmilitiamarch[.]

2

Yes _____    No ___✓___

If yes, did the true threat include a true threat to murder?

Yes _____    No _____


Dated: Brooklyn, New York                    ___Jenny Figueroa___
      4/28_____, 2021                              JURY FOREPERSON