**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 8, 2021

ECF and Electronic Mail
The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Brendan Hunt</u>, 21-cr-86

Your Honor:

    The Reply in support of the Defendant's Motion for Judgment of Acquittal has unfortunately taken longer than anticipated, despite diligent efforts. We therefore must respectfully seek the Court's extension of the filing deadline for the Defendant's Reply to Friday, June 11, 2021, *nunc pro tunc,* which still leaves a month before the Oral Argument scheduled for July 12, 2021.

    Thank You for Your continued consideration.

                                Respectfully submitted,
                                /s/
                                Jan A. Rostal, Esq.
                                Leticia M. Olivera, Esq.
                                Attorneys for Brendan Hunt

Cc:  Counsel of Record